IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNYSLVANIA

| | | |
|---|---|---|
| STEVEN MYKEL BAILEY, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 11-1020 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT B. STEWART and THE ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA, | ) ) ) ) | Chief Magistrate Judge Lenihan |
| | ) | |
| Respondents. | ) | |

## ORDER

**AND NOW**, this 7th day of March, 2014;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: Counsel of Record